No. 22-2027

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jan 30, 2023
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| SCOTT ANDREW WITZKE, | ) |
|     Petitioner-Appellant, | ) ) ) |
| v. | )    O R D E R ) |
| MICHAEL J. MURPHY, Livingston County, MI Sheriff's Department, | ) ) ) |
|     Respondent-Appellee. | ) ) ) |

The petitioner appeals the district court's order dismissing without prejudice the petitioner's petition for relief in habeas corpus pursuant to 28 U.S.C. § 2254 and the motion to alter or amend same. The clerk directed the petitioner to return a notice of appeal with a wet signature, and the petitioner now moves for reconsideration of that order.

Upon review, the motion to reconsider is **GRANTED**, and the notice of appeal is accepted as filed. However, the petitioner is advised that amended Sixth Circuit Rule 25(d)(3) now requires pro se files to provide a written signature on documents "submitted via electronic or paper means." 6 Cir. R. 25(d)(3). Going forward, the petitioner's submissions must contain a written signature or face rejection by the clerk.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Deborah S. Hunt, Clerk